IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KATHYA WEIMAR,

  Appellant,

v.

L'OREAL USA S/D, INC. D/B/A
URBAN DECAY et al.,

  Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3529

_____/

Opinion filed November 5, 2015.

An appeal from an order of the Judge of Compensation Claims.
E. Douglas Spangler, Jr., Judge.

Date of Accident: January 29, 2014.

Kimberly  A. Hill, Kimberly A. Hill, P.L., Fort Lauderdale, and Richard  Zaldivar, Richard E. Zaldivar, P.A., Miami, for Appellant.

Jennifer J. Kennedy, Abbey, Adams, Byelick, & Mueller, L.L.P., St. Petersburg, for Appellee.

PER CURIAM.

  Based on Castellanos v. Next Door Co., 124 So. 3d 392 (Fla. 1st DCA 2013),

we AFFIRM. In so doing, we certify that our disposition of the instant case passes

upon the same question we certified in Castellanos. Id. at 394. See Jollie v. State, 405 So. 2d 418, 421 n.* (Fla. 1981).

BENTON, RAY, and OSTERHAUS, JJ., CONCUR.